HOWARD T. HEALD, Respondent, *v.* JEWEL TEA Co., INC., Appellant.

Argued January 9, 1939; decided February 21, 1939.

*C. Addison Keeler* for appellant.

*Ray T. Hackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.